AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

September 24, 2025

LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
DEPUTY CLERK

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )          Case No.   7:25mj207
United States Postal Service Priority Mail parcel bearing  )
tracking number  )
"9405 5379 0239 5654 7993 06"  )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail parcel bearing tracking number "9405 5379 0239 5654 7993 06"
Return address: Glam Patch Co, 1217 Ruddell Rd., Vinton, VA 24179

located in the _____Western_____ District of _____Virginia_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled substances and/or proceeds from drug trafficking

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution of a controlled substance |
| 21 USC 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:
As set forth in the attached affidavit of Task Force Officer Tyler W. Fridley

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Tyler W. Fridley, Task Force Officer, USPIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone *(specify reliable electronic means)*.

Date:  9/24/2025

*Judge's signature*

City and state:  Roanoke, Virginia          C. Kailani Memmer, United States Magistrate Judge
*Printed name and title*

Case 7:25-mj-00207-CKM     Document 1     Filed 09/24/25     Page 2 of 7     Pageid#: 3

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

September 24, 2025

LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
       DEPUTY CLERK

## ATTACHMENT A

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Tyler W. Fridley, Task Force Officer, United States Postal Inspection Service, having been duly sworn under oath, state as follows:

1.      Your affiant is a certified police officer employed full time with the Virginia State Police and holds the rank of Special Agent.  I am currently assigned as a Task Force Officer with the United States Postal Inspection Service ("USPIS") assigned in the Roanoke, Virginia Domicile.  I am authorized to investigate criminal and civil matters related to the United States Postal Service and the mails; serve warrants and subpoenas; make arrests; carry firearms; make seizures of property; administer oaths; and perform such other official duties as may be established by the Chief Postal Inspector.  I have been employed as a sworn officer with the Virginia State Police since January 2010 and have worked in the drug interdiction arena with the Virginia State Police since 2018.  My work has included highway drug interdiction and parcel interdiction at other commercial parcel businesses.  I have received formal training in conducting criminal investigations into drug trafficking and money laundering organizations that utilize the United States Postal Service ("USPS") and parcel courier services.  During my tenure as a special agent, I have conducted and participated in numerous investigations of criminal activity that have violated both federal and state law.

2.      I know based on training and experience that USPS Priority Mail and Priority Mail Express are commonly used to transport controlled substances, and drug trafficking proceeds, because drug traffickers can track parcels, control dispatch times and locations, and have a

1

guarantee of delivery in one to three days.

## Probable Cause

3.　　This affidavit is submitted in support of an application for a search warrant of a USPS Priority Mail parcel bearing tracking number "9405 5379 0239 5654 7993 06" for controlled substances and/or the proceeds from drug trafficking. The parcel (hereafter referred to as Parcel #1) is described as follows:

    a. Addressee: "Polly Doven, 1465 Tamarind Ave. # 102, Los Angeles, CA 90028"
    b. Return Address: Glam Patch Co., 1217 Ruddell Rd., Vinton, VA 24179
    c. Postage Affixed: Origin: Vinton, VA 24179, Postage: $14.93, Date: 9/23/2025
    d. Tracking Number: 9405 5379 0239 5654 7993 06 (Parcel #1)
    e. Description: White cardboard parcel bearing dimensions 11" x 8" x 4
    f. Weight: 2 pounds 3 ounces

4.　　On September 23, 2025, I identified Parcel # 1 during routine interdiction operations and took custody of Parcel #1 on September 23, 2025. Parcel #1 is a white cardboard parcel bearing a USPS Priority Mail label and addressed to Los Angeles, California. California is a known source area for drug parcels mailed into the Western District of Virginia and, conversely, a known destination area for parcels containing drug proceeds. Parcel #1 was paid for with utilizing EasyPost. Based on my training and experience, it is common for drug traffickers to use EasyPost, an online and application-based means of shipping packages to ship-controlled substances or drug proceeds through the U.S. Mail. EasyPost accepts cryptocurrency, such as Bitcoin, as payment. Cryptocurrency is often used as a means of payment by drug traffickers to avoid detection and/or tracing by law enforcement. Furthermore, according to postal business

records, Parcel # 1 was purchased with cryptocurrency. A photograph of Parcel #1 is attached as Exhibit #1.

  5. I utilized CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone information, to conduct searches for information related to Parcel #1. A CLEAR search for the name of the sender "Glam Patch Co." is not currently associated with the origination address 1217 Ruddell Rd., Vinton, VA 24179. Postal business records report "N.H." is receiving trackable mail at 1217 Ruddell Rd, Roanoke, VA 24018. Furthermore, according to open-source information, "Glam Patch Co." does not appear to be a legitimate business. The destination address is a commercial mail receiving agency (CMRA). According to postal business records, the name of the addressee, "Polly Doven" and "C.D" is associated to the destination 1465 Tamarind Ave. #102, Los Angeles, CA 90028.

  6. A search of postal business records revealed ten (10) similar prior USPS Priority Mail parcels paid with easy post that were mailed from the Roanoke valley to the destination address of 1465 Tamarind Ave. #102, Los Angeles, CA 90028 from February 18, 2025, to September 10, 2025. Based on my training and experience, numerous parcels mailed from Roanoke valley to a specific address in California is an indication of drug trafficking or sending drug proceeds through the U.S. Mail.

  7. On September 25, 2025, your affiant requested a narcotic detection canine from the Virginia State Police (VSP). Trooper Uttley, and his narcotic detection canine, "Bruin," responded to the USPS Roanoke Processing and Distribution Center located at 419 Rutherford Avenue NE, Roanoke, Virginia 24022. Parcel #1 was placed in a parcel line-up and subjected to an exterior search by Canine "Bruin." Trooper Uttley advised your affiant that Canine "Bruin"

3

positively alerted to Parcel #1 at approximately 9:50 a.m. According to Trooper Uttley, this positive alert meant Canine "Bruin" detected the odor of an illegal drug emanating from Parcel #1. A supporting affidavit of the narcotics detection training completed by Trooper Uttley and Canine "Bruin" is provided as Exhibit #2.

8. Currently, Parcel #1 is located at the USPIS-Roanoke Domicile in the Western District of Virginia. The parcel has been maintained unopened, in my custody, pending application for a search warrant.

9. Based on the facts set forth in this affidavit, I respectfully submit that probable cause exists to believe that the USPS Priority Mail parcel bearing tracking number "9405 5379 0239 5654 7993 06" addressed to "Polly Doven, 1465 Tamarind Ave. # 102, Los Angeles, CA, 90028" bearing a return address of "Glam Patch Co., 1217 Ruddell Rd., Vinton, VA 24179" contains controlled substances, and/or the proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

*Tyler W. Fridley*
Tyler W. Fridley
Task Force Officer
United States Postal Inspection Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means; specifically, by telephone, on the 24th day of September 2025.

_____
The Honorable C. Kailani Memmer
United States Magistrate Judge
Western District of Virginia

4

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
September 24, 2025
LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
    DEPUTY CLERK

# Exhibit 1



5

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
September 24, 2025
LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
    DEPUTY CLERK

# EXHIBIT #2

## THE MATERIAL FACTS CONSTITUTING PROBABLE CAUSE THAT THE SEARCH SHOULD BE MADE ARE:

On September 24, 2025, Virginia State Police Narcotic Detector Canine "Bruin," VSPN 320, was utilized to check a white box with a USPS priority mail parcel. The parcel is bearing tracking number 9405 5379 0239 5654 7993 06. The parcel is addressed from Glam Patch CO, 1217 Ruddell Rd., Vinton, VA 24179. The parcel was being sent to Polly Doven, 1465 Tamarind Ave #102, Los Angeles CA 90028. The parcel was located at 419 Rutherford Ave. NE, Roanoke VA 24022. On 9-24-25, at approximately 0950 hours, Narcotic Detector Canine "Bruin," VSPN 320 alerted in the presence of the affiant to the odor of narcotics on the above-described parcel in a blind parcel lineup. The alert was confirmed by Trooper Benjamin J. Uttley. Trooper Benjamin J. Uttley was the handler in control of the Narcotic Detector Canine "Bruin," VSPN 320 at the time of the alert. Trooper Benjamin J. Uttley is a trained canine handler and is trained in the handling of Canine "Bruin," VSPN 320, and the interpretation of the reaction of Canine "Bruin," VSPN 320 to the odor of illegal drugs.

## THE RELIABILITY OF THE NARCOTIC DETECTOR CANINE IS ADJUDGED BY THE FOLLOWING:

Trooper Benjamin J. Uttley has been employed since August 2018 with the Virginia State Police. Trooper Benjamin J. Uttley has been a canine handler since 2021. Trooper Benjamin J. Uttley advised this affiant that Narcotic Detector Canine "Bruin," VSPN 320, was trained at the Virginia State Police Narcotic Detector Canine/Handler course in Abingdon, Virginia and certified on June 7, 2022. On September 22, 2025, Trooper Benjamin J. Uttley and Narcotic Detector Canine "Bruin," VSPN 320, recertified reliable in the detection of cocaine, heroin, methamphetamine, Marijuana, and ecstasy, according to the standards set forth by the Virginia State Police. Canine "Bruin," VSPN 320, receives monthly in-service training and a minimum of four hours of training each week. Trooper Benjamin J. Uttley advised this affiant that since Canine "Bruin," VSPN 320, certified, he has been utilized numerous times and has alerted to the odors of illegal narcotics during training assignments.

Pursuant to 28 USC 1746, I declare under the penalty of perjury that the foregoing statement is true and correct to the best of my knowledge and belief.

_____                         09/24/2025
Trooper Benjamin J. Uttley                         Date
Virginia State Police